# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| STEPHANIA PETTIFORD, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-00139 (WLS) |
| | : | |
| CROSSROADS MEDICAL MANAGEMENT INC, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The Parties have submitted a Joint Status Report indicating that they have settled. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing no later than **Friday, June 27, 2025**, or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause.

**SO ORDERED**, this 16th day of May 2025.

                                                     */s/ W. Louis Sands*
                                                     **W. LOUIS SANDS, SR. JUDGE**
                                                     **UNITED STATES DISTRICT COURT**