UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHANIA PETTIFORD,<br><br>Plaintiff,<br><br>v.<br><br>CROSSROADS MEDICAL MANAGEMENT, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 7:24-cv-00139-WLS<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs.

\*\*\* SIGNATURES ON FOLLOWING PAGE \*\*\*

Respectfully submitted this 3rd day of June, 2025.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| By and through her attorneys, | By and through its attorneys, |

| **HKM EMPLOYMENT ATTORNEYS LLP** | **CONSTANGY, BROOKS SMITH & PROPHETE, LLP** |
|---|---|

/s/ Jerilyn Gardner
Jerilyn Gardner
HKM Employment Attorneys LLP
3344 Peachtree Rd. NE
Suite 800 - Office #35
Atlanta, GA 30326
jgardner@hkm.com

Artur Davis
HKM Employment Attorneys LLP
2024 3rd Ave. North, Suite 212
Birmingham, AL 35203
adavis@hkm.com

/s/ Tiffany Harlow
TIFFANY HARLOW
Georgia Bar No. 141386
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955
tharlow@constangy.com

W. JONATHAN MARTIN II
Georgia Bar No. 474590
Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
(478) 750-8600
jmartin@constangy.com

SO ORDERED this 4th day of June, 2025.

W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to the following attorney of record:

Jermaine A. Walker
HKM Employment Attorneys LLP
3344 Peachtree Road NE, Suite 800
Office No. 35
Atlanta, GA 30326
jwalker@hkm.com

This 3rd day of June, 2025.

                              CONSTANGY, BROOKS, SMITH
                              & PROPHETE, LLP

                              /s/ Alyssa K. Peters
                              ALYSSA K. PETERS
                              Georgia Bar No. 455211

Highridge Centre
3920 Arkwright Road
Suite 375
Macon, GA 31210
(478) 750-8600
apeters@constangy.com